```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 47643
   NATHANIEL FONTANNELA BAGAIN
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6965

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/10/2005 and was confirmed 12/05/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 09/08/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
LVNV FUNDING LLC           UNSEC W/INTER    8775.74         809.58        8775.74
CAPITAL ONE                UNSEC W/INTER     441.73          48.72         441.73
SMC                        UNSEC W/INTER     296.21          32.93         296.21
ECAST SETTLEMENT CORP      UNSEC W/INTER     857.33          93.05         857.33
LVNV FUNDING LLC           UNSEC W/INTER    4637.12         451.99        4637.12
PETER FRANCIS GERACI       DEBTOR ATTY     2,600.00                      2,600.00
TOM VAUGHN                 TRUSTEE                                       1,251.19
DEBTOR REFUND              REFUND                                        1,166.73

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 21,462.32

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                       15,008.13
     INTEREST                                    1,436.27
ADMINISTRATIVE                                   2,600.00
TRUSTEE COMPENSATION                             1,251.19
DEBTOR REFUND                                    1,166.73
                        --------------        --------------
TOTALS                   21,462.32              21,462.32
```

          PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 05 B 47643 NATHANIEL FONTANNELA BAGAIN

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/22/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |